

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2021

No. 04-19-00882-CV

**VILLEJO ENTERPRISES, LLC** D/B/A Good Guys Auto Group ("Good Guys"),
Appellant

v.

**C.R. COX, INC** D/B/A AAMCO and Carl Cox,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV01289
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On February 4, 2021, appellant filed a "motion for rehearing *en banc*." After consideration, the motion is **DENIED**.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2021.



Michael A. Cruz,
Clerk of Court